**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

PATTIE BUSBY,

                Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

                Defendants.

Case No. 3:14-cv-410

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

_____

**ENTRY AND ORDER OVERRULING PLAINTIFF PATTIE BUSBY'S
OBJECTIONS (DOC. 61) AND ADOPTING THE REPORT AND
RECOMMENDATIONS (DOC. 60) IN THEIR ENTIRETY**
_____

This matter is before the Court on the Objections (Docs. 61) filed by Plaintiff Pattie Busby ("Busby") to the Magistrate Judge's Report and Recommendations (Doc. 60), which recommends that the Court deny Busby's Motion for Rule 60(b) Relief (Doc. 59).  On September 24, 2015, Defendant Reimer, Arnovitz, Chernek & Jeffrey Co., L.P.A. filed an Opposition (Doc. 62) to Busby's Objections; and, on September 28, 2015, Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing LP; Mohit Pathan; and Mortgage Electronic Registration Systems, Inc., also filed an Opposition (Doc. 63) to Plaintiff's Objections.  This matter is therefore ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Busby's Objections (Doc. 61) to the Report and Recommendations (Doc. 60) are not well taken and they are hereby **OVERRULED**.  Wherefore, the Court **ADOPTS** the Report and Recommendations (Doc. 60) in their entirety and **DENIES** Busby's Motion for Rule 60(b) Relief (Doc. 59).  This

case remains terminated on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 14, 2015.

                                                      s/Thomas M. Rose

                                     _____
                                           THOMAS M. ROSE
                                   UNITED STATES DISTRICT JUDGE